FILED & JUDGMENT ENTERED
Steven T. Salata

Aug 20 2015

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
Laura T. Beyer
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

| | |
|---|---|
| IN RE: | |
| **WALLACE LEON LEWIS, JR.,** | Chapter 7 |
| Debtor. | Case No.: 11-51536 |
| | |
| **ROSS WAYLAND,** | Adversary Proceeding No.: 12-05049 |
| Plaintiff, | |
| v. | **ORDER** |
| **WALLACE LEON LEWIS, JR.,** | |
| Defendant. | |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's Motion for Judicial Assistance in Settlement Negotiations and/or Appointment of a Mediator (the "Motion"). For good cause shown, the court grants the Motion. At the hearing on this matter, the parties agreed that the judicial settlement conference should go

forward on September 2, 2015 at 9:30 a.m. The trial of this matter had previously been set for that date. In addition, the parties agreed to have the Honorable George R. Hodges serve as the judicial settlement officer.

**IT IS THEREFORE ORDERED** that a Judicial Settlement Conference shall convene at 9:30 a.m. on Wednesday, September 2, 2015, in Courtroom No. 1-5 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina. The Clerk of Court shall reserve Courtroom No. 1-5 and its attached conference rooms for the use of the parties to this case during the Judicial Settlement Conference.

**IT IS FURTHER ORDERED** that the trial of this matter shall be continued to Thursday, October 29, 2015 at 9:30 a.m. in Courtroom No. 1-5 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**SO ORDERED.**

**This Order has been signed electronically.**  **United States Bankruptcy Court**
**The Judge's signature and Court's seal**
**appear at the top of the Order.**